IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAHAM B.C. ROMAN**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF CHESTER,** et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 23-1662-KSM |

## ORDER

**AND NOW**, this 7th day of June, 2023, upon consideration of Plaintiff Graham B.C. Roman's Motion for a Temporary Restraining Order or Preliminary Injunction (Doc. No. 24), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's motion is **DENIED.**

2. The Clerk of Court is **DIRECTED** to forward a copy of this Order and the accompanying Memorandum to the Warden of Chester County Prison.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**