### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAHAM B.C. ROMAN**, <br><br> Plaintiff, <br><br> *v.* <br><br> **COUNTY OF CHESTER,** et al., <br><br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 23-1662-KSM** |

### <u>ORDER</u>

**AND NOW**, this 23rd day of August, 2023, upon consideration of Plaintiff Graham B.C. Roman's Motion to Show Cause for a Preliminary Injunction or a Temporary Restraining Order (Doc. No. 49) and Defendants[1] opposition brief (Doc. No. 57), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**

---

[1] The opposition brief was filed by Defendants County of Chester, Warden Ronald Phillips, Major Morgan Taylor, Deputy Warden Ocie Miller, Director Tim Mulrooney, Captain Peter Sergi, Sergeant Matthew Taylor, and Sergeant Mark DiOrio.