IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAHAM B.C. ROMAN**,<br><br>  Plaintiff,<br><br>  v.<br><br>**COUNTY OF CHESTER,** et al.,<br><br>  Defendants. | **CIVIL ACTION**<br><br>**NO. 23-1662-KSM** |

## ORDER

**AND NOW**, this 16th day of November, 2023, upon consideration of Plaintiff Graham B.C. Roman's Motion to Show Cause for a Preliminary Injunction or a Temporary Restraining Order (Doc. No. 78) and Defendants' opposition briefs (Doc. Nos. 82–84), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**